# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 08-3037**  **September Term, 2012**

1:05-cr-00100-RWR-2
1:05-cr-00100-RWR-3

**Filed On:** April 26, 2013

United States of America,

    Appellee

    v.

Gregory Bell, also known as Boy-Boy, also known as Bunga,

    Appellant

------------------------------

Consolidated with 11-3032

**BEFORE:** Brown, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the unopposed proposed joint briefing format of appellants, it is

**ORDERED** that the following briefing format and schedule apply in these consolidated cases:

| | |
|---|---|
| Brief(s) for Appellants (not to exceed a total of 24,000 words) | 09/16/13 |
| Joint Appendix | 09/16/13 |
| Brief for Appellee (not to exceed 24,000 words) | 04/15/14 |
| Reply Brief(s) for Appellants (not to exceed a total of 12,000 words) | 06/16/14 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 08-3037**                            **September Term, 2012**

        In light of the protracted schedule entered by the court, the parties are discouraged from seeking extensions of time to file their briefs.  Any such request will be approved only for "extraordinarily compelling reasons."  See D.C. Cir. Rule 28(e)(1).  The parties will be notified by separate order of the oral argument date and composition of the merits panel.

        Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**